CO-386-online
10/03

# United States District Court
# For the District of Columbia

ELECTRONIC FRONTIER )
FOUNDATION, )
            )
            )
     vs   Plaintiff )  Civil Action No. 1:12- cv-1441
            )
DEPARTMENT OF JUSTICE, )
            )
            )
       Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Electronic Frontier Foundation__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Electronic Frontier Foundation__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Signature_

360418
BAR IDENTIFICATION NO.

David L. Sobel
Print Name

1818 N Street, N.W., Suite 410
Address

Washington, DC         20036
City           State        Zip Code

202-797-9009
Phone Number