UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Civil Action No. 12-1441-ABJ |

**DEFENDANT'S STATUS REPORT**

Defendant, the Department of Justice ("Department"), by and through undersigned counsel, hereby supplements its Status Report of October 31, 2012:

1. The Department previously advised the Court that it anticipated completing today the processing of Electronic Frontier Foundation's ("Plaintiff") July 26, 2012 Freedom of Information Act ("FOIA") request to the Department's National Security Division ("NSD") seeking:

(1) Any written opinion or order . . . in which "the Foreign Intelligence Surveillance Court held that some collection carried out pursuant to Section 702 minimization procedures used by the government was unreasonable under the Fourth Amendment";

(2) Any written opinion or order . . . reflecting or concerning a FISC determination that "the government's implementation of Section702 of FISA has sometimes circumvented the spirit of the law"; and

(3) Any briefing provided to the Senate Select Committee on Intelligence or the House Permanent Select Commission on Intelligence concerning FISC opinions or orders described in items (1) and (2) above.

Complaint for Injunctive Relief ("Compl.") ¶ 12.

2. As of this date, the NSD has completed its search for records responsive to Plaintiff's request and consulted with other government offices. However, NSD learned yesterday of the need to consult with additional agencies and yesterday afternoon referred the subject records to those agencies for their review. The Department therefore anticipates needing until January 2, 2013 for these consultations and to complete processing Plaintiff's request.[1]

3. Undersigned counsel contacted Plaintiff's counsel David Sobel before filing this Status Report. He indicated that Plaintiff opposes the Department's request but does not intend to file a written opposition.

Date:  December 5, 2012            Respectfully submitted,

                                   STUART F. DELERY
                                   Principal Deputy Assistant Attorney General

                                   JOHN R. TYLER
                                   Assistant Branch Director
                                   Civil Division

                                   /s/ Jacqueline Coleman Snead
                                   JACQUELINE COLEMAN SNEAD (D.C. Bar 459548)
                                   Senior Counsel
                                   United States Department of Justice
                                   Civil Division, Federal Programs Branch
                                   20 Massachusetts Ave, NW
                                   Washington, D.C.  20530
                                   Telephone:  (202) 514-3418
                                   Fax:  (202) 616-8470
                                   E-mail: Jacqueline.Snead@usdoj.gov

                                   **Counsel for the Department of Justice**

---

[1] The Court has ordered the parties to file a joint status report on December 14, 2012. In light of the Department's request herein, the government does not anticipate that there will be anything additional to report on that date.