UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 12-1441-ABJ |
| DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) ) | |

**DEFENDANT'S STATUS REPORT**

Defendant, the Department of Justice ("Department"), by and through undersigned counsel, hereby updates the Court on the processing of Electronic Frontier Foundation's ("Plaintiff") July 26, 2012 Freedom of Information Act ("FOIA") request to the Department's National Security Division ("NSD") seeking:

(1) Any written opinion or order . . . in which "the Foreign Intelligence Surveillance Court held that some collection carried out pursuant to Section 702 minimization procedures used by the government was unreasonable under the Fourth Amendment";

(2) Any written opinion or order . . . reflecting or concerning a FISC determination that "the government's implementation of Section 702 of FISA has sometimes circumvented the spirit of the law"; and

(3) Any briefing provided to the Senate Select Committee on Intelligence or the House Permanent Select Commission on Intelligence concerning FISC opinions or orders described in items (1) and (2) above.

Complaint for Injunctive Relief ("Compl.") ¶ 12.

The NSD has completed processing Plaintiff's request and, on January 3, 2013, produced two partially redacted, responsive documents to Plaintiff's counsel. Three other responsive documents are being withheld in full pursuant to FOIA exemptions (b)(1) and (b)(3).

Pursuant to the Court's order of December 6, 2012, the parties will submit a Joint Status Report on January 18, 2013.

Date:  January 4, 2013

Respectfully submitted,

STUART F. DELERY
Principal Deputy Assistant Attorney General

JOHN R. TYLER
Assistant Branch Director
Civil Division

/s/ Jacqueline Coleman Snead
JACQUELINE COLEMAN SNEAD (D.C. Bar 459548)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave, NW
Washington, D.C.  20530
Telephone:  (202) 514-3418
Fax:  (202) 616-8470
E-mail: Jacqueline.Snead@usdoj.gov

**Counsel for the Department of Justice**