IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 12-cv-1441-ABJ |
| DEPARTMENT OF JUSTICE, | ) ) ) |
| Defendant. | ) ) |

**JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE**

Pursuant to the Court's minute order of December 6, 2012, the parties submit this joint status report and proposed briefing schedule. Plaintiff intends to challenge the withholding determinations made by the agency; as such the parties propose the following schedule for submission of dispositive motions:

| | |
|---|---|
| Defendant's motion for summary judgment | April 1, 2013 |
| Plaintiff's opposition and cross-motion | May 3, 2013 |
| Defendant's opposition and reply | May 24, 2013 |
| Plaintiff's reply | June 7, 2013 |

Respectfully submitted,

| | |
|---|---|
| */s/ David L. Sobel* | STUART F. DELERY |
| DAVID L. SOBEL | Principal Deputy Assistant Attorney General |
| D.C. Bar No. 360418 | |
| Electronic Frontier Foundation | JOHN R. TYLER |
| 1818 N Street, N.W. | Assistant Branch Director |
| Suite 410 | Civil Division |
| Washington, D.C. 20036 | |

1

| | |
|---|---|
| (202) 797-9009 | */s/ Jacqueline Coleman Snead* |
| | JACQUELINE COLEMAN SNEAD |
| JENNIFER LYNCH | (D.C. Bar 459548) |
| (admitted in California) | Senior Counsel |
| MARK RUMOLD | United States Department of Justice |
| (admitted in California) | Civil Division, Federal Programs Branch |
| Electronic Frontier Foundation | 20 Massachusetts Ave, NW |
| 454 Shotwell Street | Washington, D.C. 20530 |
| San Francisco, CA 94110 | Telephone: (202) 514-3418 |
| (415) 436-9333 | Fax: (202) 616-8470 |
| | E-mail: Jacqueline.Snead@usdoj.gov |
| Counsel for Plaintiff | |
| | Counsel for the Department of Justice |