UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, ) ) ) Plaintiff, ) ) v. ) ) ) DEPARTMENT OF JUSTICE, ) ) Defendant. ) ) | Civil Action No. 12-1441-ABJ |

**MOTION FOR SUMMARY JUDGMENT**

Defendant, the Department of Justice, by and through undersigned counsel, hereby moves pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Civil Rule 7(h) for summary judgment in this Freedom of Information Act ("FOIA") action. The grounds for the Department's motion are set forth in the attached memorandum of points and authorities, the Declaration of Mark A. Bradley, the Declaration of Diane M. Janosek, and the Department's Statement of Material Facts Not in Genuine Dispute. For the reasons explained in the attached memorandum, the Department respectfully requests that the Court uphold pursuant to FOIA, including exemptions (b)(1) and (b)(3), the government's withholding of information responsive to Plaintiff Electronic Frontier Foundation's FOIA request dated July 26, 2012.

Dated:  April 1, 2013  Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

JOHN R. TYLER
Assistant Branch Director
Civil Division

/s/ Jacqueline Coleman Snead
JACQUELINE COLEMAN SNEAD (D.C. Bar 459548)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave, NW
Washington, D.C.  20530
Telephone:  (202) 514-3418
Fax:  (202) 616-8470
E-mail: Jacqueline.Snead@usdoj.gov

**Counsel for the Department of Justice**