**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ELECTRONIC FRONTIER FOUNDATION,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **DEPARTMENT OF JUSTICE,** ) <br> ) <br> Defendant. ) <br> ) | Civ. No. 12-1441-ABJ |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order on April 24, 2013, the parties respectfully submit this joint status report.

On May 23, 2013, plaintiff filed a motion with the Foreign Intelligence Surveillance Court ("FISC") requesting the FISC's consent to the disclosure of the records at issue in this case. The FISC has ordered any response by the Department of Justice to be filed by June 7, 2013.

In light of plaintiff's pending motion before the FISC, the parties propose filing a status report every 60 days, apprising the Court of the status of the proceedings in the FISC. The parties further propose that, within 14 days of a decision by the FISC on plaintiff's motion, the parties file a notice with this court and a joint proposed schedule for further proceedings in the case.

June 5, 2013                                            Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　 /s/ David L. Sobel
　　　　　　　　　　　　　　　　　　　　　　DAVID L. SOBEL
　　　　　　　　　　　　　　　　　　　　　　D.C. Bar No. 360418
　　　　　　　　　　　　　　　　　　　　　　Electronic Frontier Foundation
　　　　　　　　　　　　　　　　　　　　　　1875 Connecticut Avenue, N.W., Suite 650
　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20009
　　　　　　　　　　　　　　　　　　　　　　(202) 797-9009

MARK RUMOLD
(Admitted in California)
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333

*Counsel for Plaintiff*


STUART F. DELERY
Acting Assistant Attorney General
JOHN R. TYLER
Assistant Branch Director
Civil Division

  */s/ Jacqueline Coleman Snead*
JACQUELINE COLEMAN SNEAD
(D.C. Bar No. 459548)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave, NW
Washington, D.C. 20530
Telephone: (202) 514-3418


*Counsel for the Department of Justice*