**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ELECTRONIC FRONTIER FOUNDATION,** )<br>   )<br>          Plaintiff,   )<br>   )<br>   v.   )   Civ. No. 12-1441-ABJ<br>   )<br>**DEPARTMENT OF JUSTICE,**   )<br>   )<br>          Defendant.   )<br>_____)   | |

**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION**
**FOR NINE-DAY EXTENSION OF TIME**

Upon consideration of Defendant's Unopposed Motion to extend certain currently pending deadlines in this case, it is ORDERED that the Unopposed Motion is GRANTED.

Defendant having informed the Court that it will produce further information to Plaintiff in response to Plaintiff's Freedom of Information Act request, it is FURTHER ORDERED that Defendant shall produce such further information to Plaintiff on or before August 21, 2013.

Defendant having also informed the Court that Defendant withdraws its previously-filed Motion for Summary Judgment, it is FURTHER ORDERED that Defendant's renewed motion for summary judgment, if any, will be due on or before September 4, 2013; Plaintiff's opposition and combined cross-motion for summary judgment, if any, will be due on or before October 2, 2013; Defendant's reply in support of its motion and combined opposition to Plaintiff's cross-motion, if any, will be due on or before October 23, 2013; and plaintiff's reply in support of its cross-motion, if any, will be due on or before November 6, 2013.

Dated: _____                           _____
                                                  Hon. Amy Berman Jackson
                                                  United States District Judge