# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, ) ) ) Plaintiff, ) ) v. ) ) DEPARTMENT OF JUSTICE, ) ) Defendant. ) | Civil Action No. 12-1441-ABJ |

## RENEWED MOTION FOR SUMMARY JUDGMENT

Defendant, the Department of Justice, by and through undersigned counsel, hereby moves pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Civil Rule 7(h) for summary judgment in this Freedom of Information Act ("FOIA") action. The grounds for the Department's motion are set forth in the attached memorandum of points and authorities, the Declaration of David Sherman, the Declaration of Jennifer Hudson, and the Department's Statement of Material Facts Not in Genuine Dispute. For the reasons explained in the attached memorandum, the Department respectfully requests that the Court uphold pursuant to FOIA exemptions (b)(1) and (b)(3), the government's continued withholding of classified information from the October 2011 opinion of the Foreign Intelligence Surveillance Court.

Dated:  September 4, 2013	Respectfully submitted,

	STUART F. DELERY
	Assistant Attorney General

	ELIZABETH J. SHAPIRO
	Deputy Branch Director
	Civil Division

	<u>/s/ Jacqueline Coleman Snead</u>
	JACQUELINE COLEMAN SNEAD (D.C. Bar 459548)
	Senior Counsel
	United States Department of Justice
	Civil Division, Federal Programs Branch
	20 Massachusetts Ave, NW
	Washington, D.C.  20530
	Telephone:  (202) 514-3418
	Fax:  (202) 616-8470
	E-mail: Jacqueline.Snead@usdoj.gov

	**Counsel for the Department of Justice**