**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ELECTRONIC FRONTIER FOUNDATION,** )<br>                Plaintiff,   )<br>     v.                         )<br>**DEPARTMENT OF JUSTICE,**    )<br>                Defendant.  )  | Civ. No. 12-1441-ABJ |

**GOVERNMENT'S NOTICE OF WITHDRAWAL OF ORIGINAL MOTION FOR SUMMARY JUDGMENT**

The Department of Justice, by and through undersigned counsel, hereby gives notice of the withdrawal of its original motion for summary judgment. *See* Mot. for Summ. J., Apr. 1, 2013, ECF No. 11; Mem. of Points & Authorities in Supp. of Dep't of Justice's Mot. for Summ. J., Apr. 1, 2013, ECF No. 11-1. On September 4, 2013, the government filed a Renewed Motion for Summary Judgment that supersedes the earlier-filed one.

Date: September 5, 2013           Respectfully submitted,

                                            STUART F. DELERY
                                            Assistant Attorney General

                                            ELIZABETH J. SHAPIRO
                                            Deputy Branch Director
                                            Civil Division

                                            */s/ Jacqueline Coleman Snead*
                                            JACQUELINE COLEMAN SNEAD
                                            (D.C. Bar No. 459548)
                                            Senior Counsel
                                            United States Department of Justice
                                            Civil Division, Federal Programs Branch
                                            20 Massachusetts Ave, NW
                                            Washington, D.C. 20530
                                            Telephone: (202) 514-3418

                                            **Counsel for the Department of Justice**