IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELECTRONIC FRONTIER FOUNDATION**, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 12-cv-1441 (ABJ) |
| **DEPARTMENT OF JUSTICE**, | ) |
| Defendant. | ) |

## PROPOSED ORDER

**UPON CONSIDERATION OF** defendant's motion for summary judgment, plaintiff's cross-motion for summary judgment, and the entire record in the case, and good cause appearing, it is hereby:

**ORDERED** that defendant's motion for summary judgment is **DENIED**; and it is further

**ORDERED that** plaintiff's cross-motion for summary judgment is **GRANTED**; and it is further

**ORDERED** that the Department of Justice shall immediately produce the October 3, 2011 opinion of the Foreign Intelligence Surveillance Court for the Court's *in camera* inspection; and it is further

**ORDERED** that, following *in camera* inspection, the Department of Justice shall promptly release any and all information that the Court deems improperly withheld.

**IT IS SO ORDERED**.

Date: _____                                  _____
                                                  Hon. Amy Berman Jackson,
                                                  United States District Court Judge

Case 1:12-cv-01441-ABJ   Document 18-6   Filed 10/02/13   Page 2 of 2

2