## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 12-1441-ABJ |
| | ) |
| DEPARTMENT OF JUSTICE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## UNOPPOSED MOTION FOR STAY OF LITIGATION AND TOLLING OF DEADLINES IN LIGHT OF THE LAPSE IN FEDERAL GOVERNMENT APPROPRIATIONS

The Department of Justice moves for a stay of this litigation and extension of the government's time to respond to EFF's cross-motion for summary judgment and opposition filed yesterday. In support of this motion, the government states as follows:

1.     At the end of the day on September 30, 2013, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for most Executive agencies, including agencies within the United States Intelligence Community ("IC") whose employees have assisted with the processing of the document still at issue in this litigation. The Department does not know when funding will be restored by Congress.

2.     Absent an appropriation, Department of Justice attorneys and employees of the IC are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3.      Undersigned counsel for the Department of Justice therefore requests a stay of this litigation until Congress has restored appropriations to the Department and relevant IC agencies.

4.      If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department.  The government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

5.      Opposing counsel has advised that EFF does not oppose the relief requested by this motion.

Therefore, although we greatly regret any disruption caused to the Court and EFF, the government hereby moves for a stay of this litigation, including the deadlines related to the cross-motion and opposition filed yesterday by EFF, until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Date:  October 3, 2013                    Respectfully submitted,

                                          STUART F. DELERY
                                          Assistant Attorney General

                                          ELIZABETH J. SHAPIRO
                                          Deputy Branch Director
                                          Civil Division

                                           /s/ Jacqueline Coleman Snead
                                          JACQUELINE COLEMAN SNEAD
                                          (D.C. Bar No. 459548)
                                          Senior Counsel
                                          United States Department of Justice
                                          Civil Division, Federal Programs Branch
                                          20 Massachusetts Ave, NW
                                          Washington, D.C. 20530
                                          Telephone: (202) 514-3418

                                          **Counsel for the Department of Justice**

2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

| | | |
|---|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 12-1441-ABJ |
| DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) ) | |

_____

**PROPOSED ORDER**

Upon consideration of the Department of Justice's Motion for a Stay and Tolling of

Deadlines in Light of the Lapse in Federal Government Appropriations, it is hereby

ORDERED that the Department's motion is GRANTED; and

FURTHER ORDERED that this action is stayed until Congress has restored

appropriations to the Department of Justice; and

FURTHER ORDERED that all current deadlines, including the October 23, 2013

deadline for the government's opposition and reply to Plaintiff's cross-motion for

summary judgment and opposition, are extended commensurate with the duration of the

lapse in appropriations.

SO ORDERED.

Date: _____           _____
                                                    United States District Court Judge