UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, ) ) ) ) Plaintiff, ) ) v. ) ) ) DEPARTMENT OF JUSTICE, ) ) Defendant. ) ) ) | Civil Action No. 12-1441-ABJ |

**RESPONSE TO MINUTE ORDER OF SEPTEMBER 24, 2014**

Pursuant to the Court's Minute Order of September 24, 2014, the parties, by and through counsel, respectfully propose that the Court enter the following briefing schedule for Plaintiff's motion for attorney's fees and costs pursuant to the Freedom of Information Act:

|  | Deadline |
|---|---|
| Plaintiff's Motion for Fees | November 7, 2014 |
| Defendant's Opposition | December 8, 2014 |
| Plaintiff's Reply | December 24, 2014 |

Dated:  October 10, 2014

Respectfully submitted,

JOYCE R. BRANDA
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director
Civil Division

2

/s/ Jacqueline Coleman Snead
JACQUELINE COLEMAN SNEAD
(D.C. Bar 459548)
Senior Counsel
United States Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Ave, NW
Washington, D.C.  20530
Telephone:  (202) 514-3418
Fax:  (202) 616-8470
E-mail:Jacqueline.Snead@usdoj.gov

**Counsel for the Department of Justice**