# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

_____
                                     )

ELECTRONIC FRONTIER FOUNDATION,  )

                                     )

              Plaintiff,                )

                                     )

              v.                   )        Civil Action No.

                                     )        12-cv-1441 ABJ

DEPARTMENT OF JUSTICE,           )

                                     )

              Defendant.      )
_____

## NOTICE THAT DEFENDANT WILL NOT FILE OBJECTIONS TO THE MAGISTRATE JUDGE'S MEMORANDUM OPINION ON ATTORNEYS' FEES

Defendant United States Department of Justice hereby gives notice that it will not file objections to the Magistrate Judge's Memorandum Opinion, ECF No. 47, which granted in part and denied in part Plaintiff's Motion for Attorney's Fees and Costs (ECF No. 38).

On November 17, 2014, Plaintiff filed its motion for an award of attorney's fees and costs, which Defendant opposed, ECF No. 39.  By docket entry on February 23, 2015, this Court referred the motion to Magistrate Judge G. Michael Harvey.  On September 30, 2015, the Magistrate Judge issued a Memorandum Opinion and accompanying Order (ECF No. 48), granting in part and denying in part Plaintiff's motion for attorney's fees and costs.  Pursuant to Local Rule 72.2 and Rules 6(e) and 72 of the Federal Rules of Civil Procedure, the parties' objections, if any, to the Magistrate Judge's Order were due on October 19, 2015.  On October 8, Defendant filed a consent motion to extend that deadline from October 19 to November 16, 2015, *inter alia*, to coordinate with various government components to determine whether to file objections to the Memorandum Opinion.

That coordination is now complete and Defendant provides notice to Plaintiff and to the Court that it will not file objections to the Magistrate Judge's Memorandum Opinion.

Dated: November 16, 2015

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

JOSEPH H. HUNT
Director, Federal Programs Branch

ELIZABETH J. SHAPIRO
Deputy Branch Branch Director

/s/ *Rodney Patton*
RODNEY PATTON
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7320
Washington, D.C.  20044
Phone: (202) 305-7919
Fax:    (202) 616-8470
E-mail:  rodney.patton@usdoj.gov

Counsel for Defendant